IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER C. TALLEY,<br><br>      Plaintiff,<br><br>  vs.<br><br>MICHAEL C. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | CIVIL No.: CV 08-04529 SI<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Talley have an extension of 30 days in which to file his Motion for Summary Judgment. Plaintiff's response is due on April 8, 2008, pursuant to Civil L.R. 16-5.

/

/

/

/

/

TALLEY, EXT.MSJ
C 08-04529 SI

Dated: March 2, 2009

S/Ian M. Sammis/
IAN M. SAMMIS
Attorney for Plaintiff

Dated: March 6, 2009

     S/Shea Lita Bond/
By_____
Shea Lita Bond
Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March            , 2009

_____
SUSAN ILLSTON
United States District Judge

TALLEY, EXT.MSJ
C 08-04529   SI