IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. TALLEY, | No. C 08-4529 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant.      / | |

Plaintiff has filed a motion to compel production of the complete administrative transcript. (Docket No. 18). Plaintiff contends that the transcript that has been filed at Docket No. 14 is incomplete. The Court directs defendant to file a response to plaintiff's motion no later than **March 31, 2009**, at which point the matter will be taken under submission without oral argument.

**IT IS SO ORDERED.**

Dated: March 20, 2009

SUSAN ILLSTON
United States District Judge