IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. TALLEY, | No. C 08-4529 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 24, 2010

SUSAN ILLSTON
United States District Judge