JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
      E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PETER TALLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:08-cv-04529 SI<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND FOUR HUNDRED FORTY-THREE dollars and 74 cents ($2,443.74), and costs in the amount of SEVENTY dollars and 81 cents ($70.81) pursuant to 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d) and 1920..

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of TWO THOUSAND FOUR HUNDRED FORTY-THREE dollars and 74 cents ($2,443.74) in EAJA attorney fees, and costs in the amount of SEVENTY dollars and 81 cents ($70.81), shall

constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: *June 22, 2010*    /s/ Ian M. Sammis
    *(As authorized via email)*
    IAN M. SAMMIS
    Attorney for Plaintiff

Dated: *June 21, 2010*    JOSEPH P. RUSSONIELLO
    United States Attorney
    LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
    Social Security Administration

    /s/ Shea Lita Bond
    SHEA LITA BOND
    Attorneys for Defendant

IT IS SO ORDERED:

Dated: _____    _____
    United States District Judge

2